Timothy R. STEGALL,
Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 69115.

Missouri Court of Appeals,
Eastern District,
Division One.

April 2, 1996.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Mary Moulton Bryan, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

The motion court denied movant's Rule 24.035 motion without an evidentiary hearing. Movant sought relief from a sentence after an *Alford* plea on the charge of stealing. In accord with a plea agreement the state dismissed two felonies and a misdemeanor when movant entered the *Alford* plea. The court imposed a four year sentence consecutive to an unrelated existing sentence.

We find no error of law and the findings of fact of the trial court are not clearly erroneous. No jurisprudential purpose would be served by a written opinion. We affirm. Rule 84.16(b).

Kevin BOWDEN, Patricia Bowden, and
Ted Schmitz, Plaintiffs/Appellants,

v.

PARNELL MENARD CORP.,
Defendant/Respondent.

No. 67757.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 2, 1996.

R. Andrew Beeny, Clayton, for appellants.

Daniel J. Briegel, Briegel, Baylard, P.C., Union, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Appellants, Kevin Bowden, Patricia Bowden, and Ted Schmitz ("homeowners"), appeal the judgment of the Circuit Court of Franklin County finding for respondent, Parnell Menard Corporation ("seller-builder"), on homeowners' claims of breach of implied warranties of fitness for purpose. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error of law appears. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the judgment of the trial court pursuant to Rule 84.16(b). A memorandum setting forth the reasons for our decision has been provided solely for the use of the parties involved.